1  THOMAS M. HERLIHY (SBN 83615)
   LAURA E. FANNON (SBN 111500)
   KELLY, HERLIHY & KLEIN LLP
2  44 Montgomery Street, Suite 2500
   San Francisco, CA 94104-4798
3  Tel.: (415) 951-0535
   Fax: (415) 391-7808
4

5  Attorneys for Defendant
   HARTFORD LIFE AND ACCIDENT
6  INSURANCE COMPANY

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 CAROL S. BARBOZA,                    ) Case No.: C07-05492 JL
                                        )
12         Plaintiff,                   ) **CERTIFICATE OF SERVICE OF**
                                        ) **NOTICE OF REMOVAL AND**
13      vs.                             ) **ACCOMPANYING COURT**
                                        ) **DOCUMENTS**
14 HARTFORD LIFE AND ACCIDENT           )
   INSURANCE COMPANY,                   )
15 and DOES 1-50, inclusive,            )
                                        )
16         Defendants.                  )

17

18

19

20

21

22

23

24

25

26

27

28

---

NOTICE OF REMOVAL OF CAUSE TO FEDERAL COURT
CASE NO. C07-05492 JL

I, ZHANNA KOPYLOV, declare:

I am employed in the City and County of San Francisco, State of California. My business address is 44 Montgomery Street, Suite 2500, San Francisco, California 94104. I am over the age of 18 years and not a party to the foregoing action.

On October 31, 2007, I served a copy of the **NOTICE OF REMOVAL OF CIVIL ACTION TO FEDERAL COURT**, on the interested parties in this action, along with the following documents:

1. U.S. District Court Northern California ECF Registration Information Handout;
2. Notice of Assignment of Case to a United States Magistrate Judge for Trial;
3. Consent to Proceed Before a United States Magistrate Judge;
4. Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge;
5. Order Setting Initial Case Management Conference and ADR Deadlines;
6. Standing Order for All Judges of the Northern District of California;
7. Certificate of Interested Parties

by depositing a true copy thereof in a sealed packet for overnight delivery, with charges thereon fully prepaid, in a Federal Express collection box, at San Francisco, California, and addressed as set forth below

| | |
|---|---|
| Joseph John Turri, Esq.<br>Insurance Litigator & Counselors<br>445 N. State Street<br>Ukiah, CA 95482 | Attorney(s) for Plaintiff CAROL BARBOZA |

I declare under penalty of perjury and the laws of the State of California that the foregoing is true and correct and that this declaration was executed on October 31, 2007, at San Francisco, California.

_____
ZHANNA KOPYLOV

E:\27243\P04.doc