KELLY, HERLIHY & KLEIN LLP
ATTORNEYS AT LAW
44 MONTGOMERY STREET
SUITE 2500
SAN FRANCISCO, CALIFORNIA 94104-4712

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CAROL S. BARBOZA

Plaintiff(s),

v.

HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, and Does 1-50,

Defendant(s).

No. C 3:07-CV 05492 JL

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: October 30, 2007

Signature _____

Counsel for Defendant HARTFORD
(Plaintiff, Defendant, or indicate "pro se")