**UNITED STATES DISTRICT COURT**

**Northern District of California**

**450 Golden Gate Avenue**

**San Francisco, California 94102**

_____

www.cand.uscourts.gov

Richard W. Wieking                                                                    General Court Number

Clerk                                                                                              415.522.2000

**November 1, 2007**

**CASE NUMBER:  CV 07-05492 JL**

**CASE TITLE:  CAROL S. BARBOZA-v-HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Honorable Martin J. Jenkins** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **MJJ** immediately after

the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 11/1/07

FOR THE EXECUTIVE COMMITTEE:

_____
                                                                            Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                          Special Projects

Log Book Noted                                                    Entered in Computer 11/1/07ha

CASE SYSTEMS ADMINISTRATOR:

Copies to:  All Counsel                                         Transferor CSA