1  THOMAS M. HERLIHY (SBN 83615)
   LAURA E. FANNON (SBN 111500)
2  KELLY, HERLIHY & KLEIN LLP
   44 Montgomery Street, Suite 2500
3  San Francisco, CA 94104-4798
   Tel.: (415) 951-0535
4  Fax: (415) 391-7808

5  Attorneys for Defendant
   HARTFORD LIFE AND ACCIDENT
6  INSURANCE COMPANY

7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

11 CAROL S. BARBOZA,                ) Case No.: C 3:07-CV 05492 MJJ
                                    )
12          Plaintiff,              ) **STIPULATION EXTENDING TIME FOR**
                                    ) **RESPONSE TO COMPLAINT**
13     vs.                          )
                                    )
14 HARTFORD LIFE AND ACCIDENT       )
   INSURANCE COMPANY,               )
15 and DOES 1-50, inclusive,        )
                                    )
16          Defendants.             )
                                    )
17

1     Plaintiff Carol S. Barboza ("plaintiff") and defendant Hartford Life and Accident
2 Insurance Company ("The Hartford"), by and through their respective counsel, hereby stipulate
3 and agree that The Hartford may have an extension of time, to and including November 16,
4 2007, to answer, move to dismiss, or otherwise plead in response to the complaint filed in this
5 action. No previous extensions have been sought or obtained in this matter.

Date: November 5, 2007

                                 Joseph John Turri
                          Insurance Litigators and Counselors
                              Attorneys for Plaintiff
                                CAROL S. BARBOZA


                              KELLY, HERLIHY & KLEIN LLP

Date: November 5, 2007           By _____
                                     Laura E. Fannon
                                   Attorneys for Defendant
                                   HARTFORD LIFE AND ACCIDENT
                                   INSURANCE COMPANY

E:\27243\P05.doc