# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Barboza,<br><br>　　　　　　Plaintiff(s),<br><br>　v.<br><br>Hartford Life and Accident Insurance Company,<br><br>　　　　　　Defendant(s). | 07-05492 MMC MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

**Charles E. Farnsworth**
Law Offices of Charles E. Farnsworth
7677 Oakport St., Suite 565
Oakland, CA 94621
510-635-2790

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
07-05492 MMC MED　　　　　　　　　　　- 1 -

Counsel are reminded that the written mediation statements required by the ADR L.R. 6-7 shall NOT be filed with the court.

Dated: February 29, 2008

RICHARD W. WIEKING
Clerk
by:   Claudia M. Forehand

*(signature)*

---
ADR Case Administrator
415-522-2059
Claudia_Forehand@cand.uscourts.gov