**CIVIL MINUTES**

**Judge MAXINE M. CHESNEY**

E-Filing

Date: MAR 0 7 2008

C-07-5492-MMC (MED)

Carol S. Barboza  v  Hartford Life & Accident Ins. Co.

Attorneys: Joseph John Tucci         Laura Fannon

Deputy Clerk: **TRACY LUCERO**      Reporter: Not Reported

**PROCEEDINGS:**                                           **RULING:**

1. _____   _____

2. _____   _____

3. _____   _____

4. _____   _____

( ) Status Conference    ( ) P/T Conference    (✓) Case Management Conference

**ORDERED AFTER HEARING:**

Dispositive motion filing deadline is 1/15/09.
Meet & confer by 3/16/09. Joint statement due by 2/20/09.

(✓) ORDER TO BE PREPARED BY:   Plntf____   Deft____   Court ✓

( ) Referred to Magistrate For: _____
      ( ) By Court
(✓) CASE CONTINUED TO 2/27/09 @ 10:30  for Further Status Conference

Discovery Cut-Off  12/1/08            Expert Discovery Cut-Off  12/1/08
π/Δ                                    π/Δ  Rebuttal
~~Plntf~~ to Name Experts by  7/11/08   ~~Deft~~ to Name Experts by  8/15/08

P/T Conference Date 4/21/09 @ 3:00  Trial Date 5/18/09 @ 9:00  Set for 5-7 days
                        Type of Trial:  ( ) Jury   (✓) Court
Notes: _____