THOMAS M. HERLIHY (SBN 83615)
LAURA E. FANNON (SBN 111500)
KELLY, HERLIHY & KLEIN LLP
44 Montgomery Street, Suite 2500
San Francisco, CA 94104-4798
Tel.:  (415) 951-0535
Fax:  (415) 391-7808


Attorneys for Defendant
HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY


UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA


CAROL S. BARBOZA,

           Plaintiff,

    vs.

HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY,
and DOES 1-50, inclusive,

          Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.: C 3:07-CV 05492 MMC

**SUBSTITUTION OF ATTORNEY**

1    TO THE CLERK OF THE ABOVE ENTITLED COURT AND TO ALL PARTIES

2  HEREIN AND TO THEIR ATTORNEYS OF RECORD:

3    PLEASE TAKE NOTICE that defendant, Hartford Life and Accident Insurance

4  Company ("The Hartford") hereby substitutes counsel as follows:

5

6  **1.    Former legal representative:**

7    Kelly, Herlihy & Klein, LLP

8

9  **2.    New legal representative as of April 1, 2008:**

10    Laura E. Fannon (SBN 111500)

11    Wilson, Elser, Moskowitz, Edelman & Dicker LLP
      525 Market Street, 17th Floor

12    San Francisco, CA 94105-2725
      Tel: (415) 433-0990

13    Fax: (415) 434-1370

14

15  **3.    The party making this substitution** is defendant, The Hartford.

16

17  **4.    I consent to this substitution.**

18

19  Dated: March 31, 2008    The Hartford    _____
                             (Print Name)    (Signature of party/representative)

20

21  **5.    I consent to this substitution.**

22

23
    Dated: March 31, 2008    Kelly, Herlihy & Klein LLP    _____
24                           (Print Name)    (Signature of former attorney)

25

26

27

28

6.    **I am duly admitted to practice in this District and accept this substitution.**

Dated: April 4, 2008      Wilson, Elser, et al.            _Laura E. Farmon_
                          (Print Name)              (Signature of new attorney)

**Substitution of Attorney is hereby approved:**

Date: _____, 2008        _____
                                  UNITED STATES DISTRICT JUDGE

E:\27243\substitution

-2-
SUBSTITUTION OF ATTORNEY
CASE NO. 3:07-CV 05492 MMC