THOMAS M. HERLIHY (SBN 83615)
LAURA E. FANNON (SBN 111500)
KELLY, HERLIHY & KLEIN LLP
44 Montgomery Street, Suite 2500
San Francisco, CA 94104-4798
Tel.: (415) 951-0535
Fax: (415) 391-7808

Attorneys for Defendant
HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL S. BARBOZA, | Case No.: C 3:07-CV 05492 MMC |
| Plaintiff, | **SUBSTITUTION OF ATTORNEY** |
| vs. | AND ORDER THEREON |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, and DOES 1-50, inclusive, | |
| Defendants. | |

SUBSTITUTION OF ATTORNEY
CASE NO. 3:07-CV 05492 MMC

1  TO THE CLERK OF THE ABOVE ENTITLED COURT AND TO ALL PARTIES
2  HEREIN AND TO THEIR ATTORNEYS OF RECORD:
3      PLEASE TAKE NOTICE that defendant, Hartford Life and Accident Insurance
4  Company ("The Hartford") hereby substitutes counsel as follows:

6  **1.**    **Former legal representative:**
7        Kelly, Herlihy & Klein, LLP

9  **2.**    **New legal representative as of April 1, 2008:**

      Laura E. Fannon (SBN 111500)
      Wilson, Elser, Moskowitz, Edelman & Dicker LLP
      525 Market Street, 17th Floor
      San Francisco, CA 94105-2725
      Tel: (415) 433-0990
      Fax: (415) 434-1370

15  **3.**    **The party making this substitution** is defendant, The Hartford.

17  **4.**    **I consent to this substitution.**

19  Dated: March 31, 2008     The Hartford     _(signature)_
                               (Print Name)       (Signature of party/representative)

21  **5.**    **I consent to this substitution.**

23  Dated: March 31, 2008     Kelly, Herlihy & Klein LLP     _(signature)_
                               (Print Name)       (Signature of former attorney)

-1-
SUBSTITUTION OF ATTORNEY
CASE NO. 3:07-CV 05492 MMC

| | |
|---|---|
| 1 | 6.    I am duly admitted to practice in this District and accept this substitution. |

Dated: April 4, 2008     Wilson, Elser, et al.     _Laura E. Farmon_
                                (Print Name)        (Signature of new attorney)

**Substitution of Attorney is hereby approved;** provided, however, that said substitution shall not, by itself, constitute good cause to continue the trial or any pretrial date or deadline.

Date: __April 9_____, 2008     _Maxine M. Chesney_
                                      UNITED STATES DISTRICT JUDGE

E:\27243\substitution