JOSEPH JOHN TURRI (SBN 181994)
INSURANCE LITIGATORS & COUNSELORS
445 North State Street
Ukiah, California 95482
Telephone: (707) 462-6117
Fax:  (707) 468-5302

Attorney for Plaintiff
  CAROL S. BARBOZA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CAROL S. BARBOZA, | ) | **E-FILED** |
| | ) | Case No.  C 3:07-CV 05492 MMC |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | STIPULATION OF DISMISSAL |
| | ) | AND ORDER THEREON |
| HARTFORD LIFE AND ACCIDENT, | ) | |
| INSURANCE COMPANY, | ) | |
| and DOES 1-30, Inclusive, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

IT IS HEREBY STIPULATED by and between the parties to this action through their

designated counsel that the above-captioned action be and hereby is dismissed with prejudice

pursuant to FRCP 41(a)(1).

Dated:  April 9, 2008.            /s/  Joseph John Turri_____
                                              JOSEPH JOHN TURRI
                                              Attorney for Plaintiff


Dated:  April 9, 2008.            /s/   Laura E. Fannon_____
                                              LAURA E. FANNON
                                              Attorney for Defendant

**ORDER**

Pursuant to said stipulation, it is hereby ordered that this case be dismissed with prejudice pursuant to FRCP 41(a)(1).

Dated: April ____, 2008.

_____
U.S. DISTRICT COURT JUDGE

**PROOF OF SERVICE BY MAIL**

I, the undersigned, say:

I am and was at the time of the within described mailing, over 18 years of age and employed in the County of Mendocino, State of California, in which the within referred mailing occurred. I am not a party to the cause or matter mentioned in the attached document.

My business address is 445 N. State Street, Ukiah, CA 95482. On April 10, 2008, I served the attached Stipulation of Dismissal and Order Thereon by placing a copy thereof in an envelope or a copy of each in separate envelopes if more than one addressee is hereafter named, addressed to each addressee respectively at his or her office address, as follows:

> Laura E. Fannon, Esq.
> Wilson, Elser, Moskowitz, Edelman & Dicker
> 525 Market Street 17thy Floor
> San Francisco, CA 94105-2725

Each envelope so addressed and containing such copy was then sealed and postage thereon full prepaid, and thereafter on the date and at the place this declaration was executed, shown below, deposited by me in the mail reception facility regulatory maintained by the United States Postal Service.

I declare under penalty of perjury under the laws of the State of California that he foregoing is true and correct.

Executed on April 10, 2008, at Ukiah, California.

   /s/  Mary F. Morris_____
MARY F. MORRIS

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25