JOSEPH JOHN TURRI (SBN 181994)
INSURANCE LITIGATORS & COUNSELORS
445 North State Street
Ukiah, California 95482
Telephone: (707) 462-6117
Fax: (707) 468-5302

Attorney for Plaintiff
  CAROL S. BARBOZA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL S. BARBOZA,          )<br>                            )<br>            Plaintiff,   )<br>                            )<br>    vs.                     )<br>                            )<br>HARTFORD LIFE AND ACCIDENT, )<br>INSURANCE COMPANY,          )<br>and DOES 1-30, Inclusive,   )<br>                            )<br>            Defendants.     )<br>_____) | **E-FILED**<br>Case No.  C 3:07-CV 05492 MMC<br><br>STIPULATION OF DISMISSAL<br>AND ORDER THEREON |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

Dated: April 9, 2008.          /s/   Joseph John Turri_____
                               JOSEPH JOHN TURRI
                               Attorney for Plaintiff


Dated: April 9, 2008.          /s/   Laura E. Fannon _____
                               LAURA E. FANNON
                               Attorney for Defendant

STIPULATION OF DISMISSAL
- 1 -

**ORDER**

Pursuant to said stipulation, it is hereby ordered that this case be dismissed with prejudice pursuant to FRCP 41(a)(1).

Dated: April __11__, 2008.

_____
U.S. DISTRICT COURT JUDGE